# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3439

_____

KAREEM GRADY,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

April 13, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kareem Grady, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.